UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO.08-14318

CONOCOPHILLIPS CO.,

    Plaintiff(s),

-V-

CONVENIENCE DEPOT, INC., ET.AL,

    Defendant(s).
_____/

ORDER OF DISMISSAL
At a session of said Court held in the
United States Courthouse,in the City of
Detroit, State of Michigan, on January 11, 2010.

PRESENT:  THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having received a Stipulation for Dismissal but no order having been presented;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED with prejudice  pursuant to the stipulation of the parties filed January 8, 2010.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated:  January 11, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 11, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager